UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  SEALED MATTER                    MISC. NO. 23-mc-50123-1
                                         HON. DENISE PAGE HOOD

_____/

**MOTION AND BRIEF TO UNSEAL SEARCH
WARRANT AND AFFIDAVIT**

THE UNITED STATES OF AMERICA respectfully requests that the search warrant and affidavit in this case, specifically 23-mc-50123-1, be unsealed for the following reasons:

1. that the United States is no longer apprehensive that evidence may be destroyed if any persons become aware of the substance of the search warrant and affidavit.

WHEREFORE, the government respectfully requests that the investigation-related documents described above be unsealed.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Diane N. Princ*
Diane N. Princ NY 4781159
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Diane.Princ@usdoj.gov
(313) 226-9524

Date: February 2, 2023

**IT IS SO ORDERED.**

                                                     s/Kimberly G. Altman
                                                     HON. KIMBERLY G. ALTMAN
                                                     United States Magistrate Judge

Entered: February 2, 2023