AUSA: Diane Princ  Telephone: (313) 226-9100
Special Agent: Ted Crews  Telephone: (313) 202-3400

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)
information and records stored by DTE Energy, located at )
One Energy Plaza, Detroit, Michigan (more fully described )
in the affidavit and Attachment A) )

Case No.  Case: 2:23−mc−50123 - 1
Assigned To : Hood, Denise Page
Assign. Date : 2/1/2023
IN RE: SEALED MATTER (CMC)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____ .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, in violation of
18 U.S.C. § 844(i) - malicious destruction of property used in interstate or foreign commerce by means of fire or explosive.

**YOU ARE COMMANDED** to execute this warrant on or before  February 15, 2023  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  February 1, 2023  4:03 pm   _____*Kim G Altm*_____
*Judge's signature*

City and state:  Detroit, Michigan   Hon. Kimberly G. Altman,  U. S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
### Property To Be Searched

This warrant is directed to DTE Energy, headquartered at One Energy Plaza, Detroit, Michigan 48226. The warrant directs DTE Energy to search for and provide **any and all** information and records that are in their possession pertaining to Hefty's Classic Coney, located at located at 26080 Grand River Ave., Redford Township, Michigan.

## ATTACHMENT B
### Particular Items to Be Seized

All records that constitute evidence of violations of 18 U.S.C. § 844(i) (malicious destruction of property used in interstate or foreign commerce by means of fire or explosive) committed on or about November 28, 2022, and/or involve Hefty's Classic Coney located at 26080 Grand River Avenue in Redford Township, Michigan, including:

1. Detailed account and billing information, and

2. Detailed natural gas meter consumption data during the time period of November 22, 2022 through November 28, 2022.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:23-mc-50123 - 1 | Date and time warrant executed:<br>February 1, 2023 | Copy of warrant and inventory left with:<br>Joseph Cron, DTE |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Natural Gas Consumption data (usage) for Hefty's Coney located at 26080 Grand River, Redford, MI from Nov. 26, 2022 Through Nov. 28, 2022.

TC

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Feb. 8, 2023

_____
Executing officer's signature

Ted A. Crws, Special Agent
Printed name and title